# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| In re: PAK, HARRY S. | § | Case No. 09-46489 |
| PAK, YUN H. | § | |
| PAK, HARRY TONG | § | |
| Debtor(s) PAK, YUNHYE | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 21, 2009. The undersigned trustee was appointed on July 21, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     73,387.16

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,379.41 |
| Bank service fees | 2,570.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 8,581.60 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 60,855.27 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 01/28/2010 and the deadline for filing governmental claims was 01/17/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,490.28.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,490.28, for a total compensation of $6,490.28.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $102.27, for total expenses of $102.27.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2014            By: /s/John T Kendall
                                      Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-46489 | **Trustee:** (007360) John T Kendall |
| **Case Name:** PAK, HARRY S. | **Filed (f) or Converted (c):** 07/21/09 (f) |
| PAK, YUN H. | **§341(a) Meeting Date:** 08/26/09 |
| **Period Ending:** 02/24/14 | **Claims Bar Date:** 01/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Residence 6117 Ledgewood Terrace, Dublin, CA 945 | 745,582.00 | 0.00 | | 0.00 | FA |
| 2 Innovative Bank Bus Checking Amended | 800.00 | 0.00 | | 0.00 | FA |
| 3 General Furnishings | 1,400.00 | 0.00 | | 0.00 | FA |
| 4 Personal Possessions | 600.00 | 0.00 | | 0.00 | FA |
| 5 Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 6 Met Life Policy #987906168UM | 537.00 | 0.00 | | 0.00 | FA |
| 7 2002 Toyota Tundra SR5 Access Cab 4dr (91k miles | 5,800.00 | 0.00 | | 0.00 | FA |
| 8 1998 Mercedez Benz SLK-Class SLK230 Roadster 2dr | 6,460.00 | 0.00 | | 0.00 | FA |
| 9 Office Furniture, Computers, Printers, Fax Machi | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 Office Furniture, Computers, Printers, Fax Machi | 550.00 | 0.00 | | 0.00 | FA |
| 11 Tools: Saws, Drills, Handtools | 650.00 | 0.00 | | 0.00 | FA |
| 12 Farmers Insurance Group Fed CU Amended  (u) | 2,910.00 | 52.00 | | 0.00 | FA |
| 13 Farmers Insurance Commissions - Amended  (u) Case open pending receipt of final income stream | 8,581.60 | 21,418.20 | | 73,373.90 | FA |
| Int INTEREST (u) | Unknown | N/A | | 13.26 | Unknown |
| **14 Assets Totals** (Excluding unknown values) | **$775,670.60** | **$21,470.20** | | **$73,387.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case issues, Collection of insurance premiums

11/06/12 Two additional contact payments are due from Farmers of $7,713.56 each, the debtor retired from Farmers on 11/31/12.

The second payment to be made in late 2012 and the final payment in 2013.

11/06/12 Correspondence to counsel re status of income stream payments.

remaining issues

12/21 Farmers has sent the second payment to the debtor, counsel has made demand for a replacement check

2/21 The Third payment has been recieved, Farmers counsel has written to the debtor requesting the return of the second payment

6/13 A joint demand for turnover for the final payment will be made, to be followed by a turnover action

7/05 Half of the proceeds have been received, the final amount is expected within 20 days

10/20 The other half of the proceeds were received, Farmers insurance has provided notice that an additional disbursement to the estate is pending.

12/28 Remaining issued: The final tax returns are pending and professional fee applications.

Case: 09-46489    Doc# 58    Filed: 04/22/14    Entered: 04/22/14 13:25:17    Page 3 of 18

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-46489 | **Trustee:** (007360) John T Kendall |
| **Case Name:** PAK, HARRY S. | **Filed (f) or Converted (c):** 07/21/09 (f) |
| PAK, YUN H. | **§341(a) Meeting Date:** 08/26/09 |
| **Period Ending:** 02/24/14 | **Claims Bar Date:** 01/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** October 6, 2011    **Current Projected Date Of Final Report (TFR):** March 1, 2014

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 09-46489 | | | **Trustee:** John T Kendall (007360) | | | |
| **Case Name:** PAK, HARRY S. | | | **Bank Name:** JPMORGAN CHASE BANK, N.A. | | | |
| PAK, YUN H. | | | **Account:** ***-*****49-65 - Money Market Account | | | |
| **Taxpayer ID #:** **-***5562 | | | **Blanket Bond:** $5,000,000.00 (per case limit) | | | |
| **Period Ending:** 02/24/14 | | | **Separate Bond:** N/A | | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/09 | {13} | FARMERS INSURANCE | INSURANCE COMMISSION | 1229-000 | 24,958.77 | | 24,958.77 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 24,958.97 |
| 12/08/09 | 1001 | Harry S Pak and Yun H Pak | Debtors Exemption | 8100-002 | | 8,581.60 | 16,377.37 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 16,378.22 |
| 01/20/10 | {13} | Farmers Insurance | Insurance Commissions | 1229-000 | 3,454.07 | | 19,832.29 |
| 01/27/10 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2010 FOR CASE #09-46489, Bond # 016030864 From 01-01-10 to 01-01-11 | 2300-000 | | 25.49 | 19,806.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 19,807.48 |
| 02/12/10 | {13} | Farmers Group | Insurance Commission | 1229-000 | 1,941.26 | | 21,748.74 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 21,749.52 |
| 03/22/10 | {13} | Farmers Group | INSURANCE COMMISSIONS | 1229-000 | 861.06 | | 22,610.58 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.98 | | 22,611.56 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 22,611.71 |
| 04/06/10 | | Wire out to BNYM account 9200*****4965 | Wire out to BNYM account 9200******4965 | 9999-000 | -22,611.71 | | 0.00 |

| | | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 8,607.09 | 8,607.09 | $0.00 |
| | Less: Bank Transfers | -22,611.71 | 0.00 |
| | **Subtotal** | 31,218.80 | 8,607.09 |
| | Less: Payments to Debtors | | 8,581.60 |
| | **NET Receipts / Disbursements** | **$31,218.80** | **$25.49** |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-46489 |
| **Case Name:** | PAK, HARRY S. |
| | PAK, YUN H. |
| **Taxpayer ID #:** | **-***5562 |
| **Period Ending:** | 02/24/14 |

| | |
|---|---|
| **Trustee:** | John T Kendall (007360) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******49-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4965 | Wire in from JPMorgan Chase Bank, N.A. account *******4965 | 9999-000 | 22,611.71 | | 22,611.71 |
| 04/20/10 | {13} | FARMERS GROUP, INC | Insurance commissions | 1229-000 | 259.69 | | 22,871.40 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.77 | | 22,872.17 |
| 05/19/10 | {13} | Farmers Group | Insurance Commissions | 1229-000 | 717.10 | | 23,589.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.98 | | 23,590.25 |
| 06/14/10 | {13} | Farmers Insurance | Insurance Commissions | 1229-000 | 400.52 | | 23,990.77 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 0.97 | | 23,991.74 |
| 07/22/10 | {13} | Farmers Group, Inc | Insurance Commissions | 1229-000 | 336.44 | | 24,328.18 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0500% | 1270-000 | 1.02 | | 24,329.20 |
| 08/23/10 | {13} | FARMERS GROUP, INC. | insurance commissions | 1229-000 | 2,266.33 | | 26,595.53 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.05 | | 26,596.58 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 26,596.79 |
| 10/14/10 | {13} | Farmers Group | Insurance Commission | 1229-000 | 6,423.53 | | 33,020.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.25 | | 33,020.57 |
| 11/11/10 | {13} | Farmers Group | Insurance Commission | 1229-000 | 452.88 | | 33,473.45 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 33,473.72 |
| 12/20/10 | {13} | Farmers Insurance Group | Insurance Commission | 1229-000 | 500.94 | | 33,974.66 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 33,974.94 |
| 01/14/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 592.88 | | 34,567.82 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 34,568.11 |
| 02/01/11 | 11003 | INTERNATIONAL SURETIES,  LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2011 FOR CASE #09-46489, BOND # 016030864 TERM: 01-01-11 TO 01-01-12 | 2300-000 | | 46.88 | 34,521.23 |
| 02/10/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 418.75 | | 34,939.98 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.26 | | 34,940.24 |
| 03/11/11 | {13} | Farmers Group | Insurance Commissions | 1229-000 | 475.94 | | 35,416.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 35,416.47 |
| 04/15/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 301.59 | | 35,718.06 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 35,718.34 |
| 05/16/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 252.69 | | 35,971.03 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 35,971.32 |
| 06/15/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 624.41 | | 36,595.73 |
| 06/27/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 624.41 | | 37,220.14 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.29 | | 37,220.43 |
| 07/22/11 | {13} | Farmers Insurance | Insurance Commission | 1229-000 | 9.14 | | 37,229.57 |

| | | | Subtotals : | | $37,276.45 | $46.88 | |

Case: 09-46489     Doc# 58     Filed: 04/22/14     Entered: 04/22/14 13:25:17     Page 6 of 18

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-46489

**Case Name:** PAK, HARRY S.
PAK, YUN H.

**Taxpayer ID #:** **-***5562

**Period Ending:** 02/24/14

**Trustee:** John T Kendall (007360)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******49-65 - Checking Account

**Blanket Bond:** $5,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,229.87 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.38 | 37,158.49 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,158.79 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.55 | 37,072.24 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.55 | 37,074.79 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 37,075.08 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.18 | 36,998.90 |
| 10/15/11 | {13} | Farmers Group | Insurance commission | 1229-000 | 249.73 | | 37,248.63 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,248.94 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.70 | 37,175.24 |
| 11/16/11 | {13} | Farmers Group | Insurance Commission | 1229-000 | 277.41 | | 37,452.65 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,452.95 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.73 | 37,371.22 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,371.53 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.78 | 37,294.75 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,295.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.53 | 37,213.53 |
| 02/11/12 | {13} | Farmers Group | Insurance commission | 1229-000 | 302.99 | | 37,516.52 |
| 02/17/12 | {13} | Farmers Group | Insurance commission | 1229-000 | 7,725.13 | | 45,241.65 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.24 | 45,163.41 |
| 03/07/12 | 11004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2012 FOR CASE #09-46489, BOND #016048574 Term: 01-01-12 to 01-01-13 | 2300-000 | | 49.71 | 45,113.70 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.49 | 45,021.21 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.18 | 44,932.03 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 101.29 | 44,830.74 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.80 | 44,741.94 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.79 | 44,644.15 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 94.53 | 44,549.62 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.20 | 44,464.42 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 100.22 | 44,364.20 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.90 | 44,273.30 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000736088 20121220 | 9999-000 | | 44,273.30 | 0.00 |

| | | | | Subtotals : | $8,557.38 | $45,786.95 | |

Case: 09-46489     Doc# 58     Filed: 04/22/14 18     Entered: 04/22/14 13:25:17     Page 7 of 18

Printed: 02/24/2014 04:19 PM V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-46489

**Case Name:** PAK, HARRY S.
PAK, YUN H.

**Taxpayer ID #:** **-***5562

**Period Ending:** 02/24/14

**Trustee:** John T Kendall (007360)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******49-65 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 45,833.83 | 45,833.83 | $0.00 |
| | | | Less: Bank Transfers | | 22,611.71 | 44,273.30 | |
| | | | **Subtotal** | | **23,222.12** | **1,560.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,222.12** | **$1,560.53** | |

Case: 09-46489    Doc# 58    Filed: 04/22/14    Entered: 04/22/14 13:25:17    Page 8 of 18

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-46489  
**Case Name:** PAK, HARRY S.  
PAK, YUN H.  
**Taxpayer ID #:** **-***5562  
**Period Ending:** 02/24/14  

**Trustee:** John T Kendall (007360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****353766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 44,273.30 | | 44,273.30 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.27 | 44,214.03 |
| 01/15/13 | 21005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #09-46489, BOND PREMIUM # 016048574, TERM: 01/01/13 TO 01/01/14 | 2300-000 | | 34.24 | 44,179.79 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.91 | 44,109.88 |
| 02/01/13 | {13} | Farmers Insurance | Insurance commission | 1229-000 | 7,713.56 | | 51,823.44 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.08 | 51,755.36 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.96 | 51,683.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.29 | 51,604.11 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.69 | 51,527.42 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.17 | 51,458.25 |
| 07/03/13 | {13} | Joanne Yun Pak | Insurance commission | 1229-000 | 3,856.78 | | 55,315.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.66 | 55,229.37 |
| 08/13/13 | {13} | Farmers Insurance | Insurance commission | 1229-000 | 3,856.78 | | 59,086.15 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.21 | 59,003.94 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.03 | 58,921.91 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.23 | 58,828.68 |
| 11/13/13 | {13} | Farmers Insurance | Insurance commission | 1229-000 | 3,519.12 | | 62,347.80 |
| 11/25/13 | 21006 | United States Treasury | 2009 Form 1041 - Harry S Pak B/E | 2810-000 | | 260.00 | 62,087.80 |
| 11/25/13 | 21007 | United States Treasury | 2009 Form 1041 - Yun H Pak B/E | 2810-000 | | 260.00 | 61,827.80 |
| 11/25/13 | 21008 | Franchise Tax Board | 2009 From 541 - Harry S Pak B/E | 2820-000 | | 313.00 | 61,514.80 |
| 11/25/13 | 21009 | Franchise Tax Board | 2009 From 541 - Yun H Pak B/E | 2820-000 | | 313.00 | 61,201.80 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.33 | 61,120.47 |
| 12/19/13 | 21010 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/19/2013 FOR CASE #09-46489, Bond Premium # 016048574 Term: 01/01/14 to 01/01/15 | 2300-000 | | 77.09 | 61,043.38 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.53 | 60,945.85 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.58 | 60,855.27 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 63,219.54 | 2,364.27 | **$60,855.27** |
| Less: Bank Transfers | 44,273.30 | 0.00 |
| **Subtotal** | 18,946.24 | 2,364.27 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$18,946.24** | **$2,364.27** |

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-46489 | |
| **Case Name:** | PAK, HARRY S. | |
| | PAK, YUN H. | |
| **Taxpayer ID #:** | **-***5562 | |
| **Period Ending:** | 02/24/14 | |

| | |
|---|---|
| **Trustee:** | John T Kendall (007360) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****353766 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 73,387.16 |
| Less Payments to Debtor : | 8,581.60 |
| Net Estate : | $64,805.56 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****49-65** | 31,218.80 | 25.49 | 0.00 |
| **Checking # 9200-******49-65** | 23,222.12 | 1,560.53 | 0.00 |
| **Checking # ****353766** | 18,946.24 | 2,364.27 | 60,855.27 |
| | $73,387.16 | $3,950.29 | $60,855.27 |

Case: 09-46489    Doc# 58    Filed: 04/22/14    Entered: 04/22/14 13:25:17    Page 10 of
18

**Case Number:** 09-46489        Page: 1        **Date:** February 24, 2014
**Debtor Name:** PAK, HARRY S.        **Time:** 01:20:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | United States Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 94201-0148 | Admin Ch. 7 | | $520.00 | $520.00 | 0.00 |
| 200 | Franchise Tax Board<br>Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | Admin Ch. 7 | | $626.00 | $626.00 | 0.00 |
| 200 | The Bank of New York Mellon | Admin Ch. 7 | | $1,463.94 | $1,463.94 | 0.00 |
| 200 | Rabobank, N.A. | Admin Ch. 7 | | $1,106.94 | $1,106.94 | 0.00 |
| 200 | KORNFIELD, NYBERG, BENDES &<br>KUHNER, P. C.<br><br>1970 BROADWAY, SUITE 225<br>OAKLAND, CA 94612 | Admin Ch. 7 | | $4,198.75 | $0.00 | 4,198.75 |
| 200 | KORNFIELD, NYBERG, BENDES &<br>KUHNER, P. C.<br><br>1970 BROADWAY, SUITE 225<br>OAKLAND, CA 94612 | Admin Ch. 7 | | $26.04 | $0.00 | 26.04 |
| 200 | RICHARD PIEROTTI<br>KOKJER, PIEROTTI, MAIOCCO, & DUCK, LLP<br>333 PINE STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94104 | Admin Ch. 7 | | $2,860.00 | $0.00 | 2,860.00 |
| 200 | RICHARD PIEROTTI<br>KOKJER, PIEROTTI, MAIOCCO, & DUCK, LLP<br>333 PINE STREET, 5TH FLOOR<br>SAN FRANCISCO, CA 94104 | Admin Ch. 7 | | $188.26 | $0.00 | 188.26 |
| 200 | John T Kendall<br>945 Morning Star Dr<br>Sonora, CA 95370 | Admin Ch. 7 | | $6,490.28 | $0.00 | 6,490.28 |
| 200 | John T Kendall<br>945 Morning Star Dr<br>Sonora, CA 95370 | Admin Ch. 7 | | $102.27 | $0.00 | 102.27 |
| BOND-1<br>200 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $233.41 | $233.41 | 0.00 |
| 18P-3<br>570 | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $30,313.88 | $0.00 | 30,313.88 |

**Case Number:** 09-46489     Page: 2     **Date:** February 24, 2014
**Debtor Name:** PAK, HARRY S.     **Time:** 01:20:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 -1<br>100 | Farmers Insurance Group Federal Credit Union<br>PO Box 36911<br>Los Angeles, CA 90010 | Secured | | $0.00 | $0.00 | 0.00 |
| 2 -1<br>100 | Nara Bank, a California corporation<br>c/o Robert V. McKendrick, Esq.,Hemar, Rousso & Heald, LLP,15910 Ventura Blvd., Encino, CA 91436 | Secured | | $0.00 | $0.00 | 0.00 |
| 13 -1<br>100 | Alameda County Tax Collector<br>1221 Oak St.<br>Oakland, CA 94612 | Secured | | $0.00 | $0.00 | 0.00 |
| EXEMP-1<br>100 | Harry S Pak and Yun H Pak<br>6117 Ledgewood Terrace<br>Dublin, CA 94568 | Secured | | $8,581.60 | $8,581.60 | 0.00 |
| 3 -1<br>610 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,229.44 | $0.00 | 1,229.44 |
| 4 -1<br>610 | Advanta Bank Corp<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $33,535.80 | $0.00 | 33,535.80 |
| 5 -1<br>610 | T A Ross Collections<br>1545 St Marks Plaza<br>Stockton, CA 95207 | Unsecured | | $215.00 | $0.00 | 215.00 |
| 6 -1<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,449.06 | $0.00 | 2,449.06 |
| 7 -1<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,634.25 | $0.00 | 5,634.25 |
| 8 -1<br>610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,760.47 | $0.00 | 2,760.47 |
| 9 -1<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,687.15 | $0.00 | 2,687.15 |
| 10 -1<br>610 | Hudson & Keyse, LLC<br>PO Box 1090<br>Mentor, OH 44061 | Unsecured | | $4,408.56 | $0.00 | 4,408.56 |

**Case Number:** 09-46489

Page: 3

**Date:** February 24, 2014
**Debtor Name:** PAK, HARRY S.

**Time:** 01:20:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 -1<br>610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,320.70 | $0.00 | 1,320.70 |
| 12 -1<br>610 | Arriva Card, Inc.<br>PO Box 94918<br>Las Vegas, NV 89193-4918 | Unsecured | | $1,958.43 | $0.00 | 1,958.43 |
| 14 -1<br>610 | US Air Conditioning Distributors<br>15910 Ventura Blvd 12th floor<br>Encino, CA 91436 | Unsecured | | $6,760.63 | $0.00 | 6,760.63 |
| 15 -1<br>610 | Korea Times<br>8134 Capwell Dr.<br>Oakland, CA 94621 | Unsecured | | $4,950.00 | $0.00 | 4,950.00 |
| 16 -1<br>610 | Intercol<br>PO Box 3550<br>San Dimas, CA 91773 | Unsecured | | $8,208.16 | $0.00 | 8,208.16 |
| 17 -1<br>610 | Micha Oh<br>c/o Malcolm Leader-Picone, Esq.,<br>Oakland, CA 94612 | Unsecured | | $290,481.06 | $0.00 | 290,481.06 |
| 18U-3<br>610 | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $6,668.72 | $0.00 | 6,668.72 |
| 19 -1<br>610 | BMW Bank of North America<br>PO Box 23356<br>Pittsburgh, PA 15222 | Unsecured | | $13,618.18 | $0.00 | 13,618.18 |
| 20 -1<br>610 | R Kingsburry Lane Inc.<br>3657 Grand Ave.<br>Oakland, CA 94610 | Unsecured | | $3,722.56 | $0.00 | 3,722.56 |
| 21 -1<br>610 | US Air Conditioning Distributors<br>15910 Ventura Blvd 12th floor<br>Encino, CA 91436 | Unsecured | | $10,299.23 | $0.00 | 10,299.23 |
| 22 -1<br>610 | FRESNO CREDIT BUREAU<br>PO BOX 942<br>FRESNO, CA 93714 | Unsecured | | $333.83 | $0.00 | 333.83 |
| 23 -1<br>610 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,878.37 | $0.00 | 6,878.37 |
| 24 -1<br>610 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,147.89 | $0.00 | 10,147.89 |
| 25 -1<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $24,445.87 | $0.00 | 24,445.87 |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 26 -1<br>610 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $22,317.92 | $0.00 | 22,317.92 |
| 27 -1<br>610 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | Unsecured | | $486.29 | $0.00 | 486.29 |
| 28 -1<br>620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $4,581.13 | $0.00 | 4,581.13 |
| 29 -1<br>620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $2,372.40 | $0.00 | 2,372.40 |
| 30 -1<br>620 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $11,869.91 | $0.00 | 11,869.91 |
| 31 -1<br>620 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $593.00 | $0.00 | 593.00 |
| << Totals >> | | | | 541,645.38 | 12,531.89 | 529,113.49 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 09-46489
Case Name: PAK, HARRY S.
Trustee Name: John T Kendall

Balance on hand: $ 60,855.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 -1 | Farmers Insurance Group Federal Credit Union | 13,579.94 | 0.00 | 0.00 | 0.00 |
| 2 -1 | Nara Bank, a California corporation | 98,269.50 | 0.00 | 0.00 | 0.00 |
| 13 -1 | Alameda County Tax Collector | 33,323.58 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 60,855.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John T Kendall | 6,490.28 | 0.00 | 6,490.28 |
| Trustee, Expenses - John T Kendall | 102.27 | 0.00 | 102.27 |
| Attorney for Trustee, Fees - KORNFIELD, NYBERG, BENDES & KUHNER, P. C. | 4,198.75 | 0.00 | 4,198.75 |
| Attorney for Trustee, Expenses - KORNFIELD, NYBERG, BENDES & KUHNER, P. C. | 26.04 | 0.00 | 26.04 |
| Accountant for Trustee, Fees - RICHARD PIEROTTI | 2,860.00 | 0.00 | 2,860.00 |
| Accountant for Trustee, Expenses - RICHARD PIEROTTI | 188.26 | 0.00 | 188.26 |
| Other Fees: Rabobank, N.A. | 1,106.94 | 1,106.94 | 0.00 |
| Other Expenses: Franchise Tax Board | 626.00 | 626.00 | 0.00 |
| Other Fees: The Bank of New York Mellon | 1,463.94 | 1,463.94 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 233.41 | 233.41 | 0.00 |
| Other Expenses: United States Treasury | 520.00 | 520.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 13,865.60
Remaining balance: $ 46,989.67

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $       0.00

Remaining balance: $       46,989.67

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,313.88 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18P-3 | Internal Revenue Services | 30,313.88 | 0.00 | 30,313.88 |

Total to be paid for priority claims: $       30,313.88

Remaining balance: $       16,675.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 465,517.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 -1 | Advanta Bank Corp | 1,229.44 | 0.00 | 44.05 |
| 4 -1 | Advanta Bank Corp | 33,535.80 | 0.00 | 1,201.32 |
| 5 -1 | T A Ross Collections | 215.00 | 0.00 | 7.70 |
| 6 -1 | American Express Centurion Bank | 2,449.06 | 0.00 | 87.73 |
| 7 -1 | American Express Bank FSB | 5,634.25 | 0.00 | 201.83 |
| 8 -1 | American Express Centurion Bank | 2,760.47 | 0.00 | 98.89 |
| 9 -1 | American Express Bank FSB | 2,687.15 | 0.00 | 96.26 |
| 10 -1 | Hudson & Keyse, LLC | 4,408.56 | 0.00 | 157.92 |
| 11 -1 | American Express Bank FSB | 1,320.70 | 0.00 | 47.31 |
| 12 -1 | Arriva Card, Inc. | 1,958.43 | 0.00 | 70.15 |
| 14 -1 | US Air Conditioning Distributors | 6,760.63 | 0.00 | 242.18 |
| 15 -1 | Korea Times | 4,950.00 | 0.00 | 177.32 |
| 16 -1 | Intercol | 8,208.16 | 0.00 | 294.03 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 17 -1 | Micha Oh | 290,481.06 | 0.00 | 10,405.62 |
| 18U-3 | Internal Revenue Services | 6,668.72 | 0.00 | 238.89 |
| 19 -1 | BMW Bank of North America | 13,618.18 | 0.00 | 487.83 |
| 20 -1 | R Kingsbury Lane Inc. | 3,722.56 | 0.00 | 133.35 |
| 21 -1 | US Air Conditioning Distributors | 10,299.23 | 0.00 | 368.94 |
| 22 -1 | FRESNO CREDIT BUREAU | 333.83 | 0.00 | 11.96 |
| 23 -1 | Discover Bank | 6,878.37 | 0.00 | 246.40 |
| 24 -1 | Discover Bank | 10,147.89 | 0.00 | 363.52 |
| 25 -1 | Fia Card Services, NA/Bank of America | 24,445.87 | 0.00 | 875.70 |
| 26 -1 | Fia Card Services, NA/Bank of America | 22,317.92 | 0.00 | 799.47 |
| 27 -1 | Midland Funding LLC | 486.29 | 0.00 | 17.42 |

Total to be paid for timely general unsecured claims: $          16,675.79

Remaining balance: $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 19,416.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 28 -1 | PRA Receivables Management, LLC | 4,581.13 | 0.00 | 0.00 |
| 29 -1 | PRA Receivables Management, LLC | 2,372.40 | 0.00 | 0.00 |
| 30 -1 | PRA Receivables Management, LLC | 11,869.91 | 0.00 | 0.00 |
| 31 -1 | eCAST Settlement Corporation | 593.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $          0.00

Remaining balance: $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims: $          0.00

Remaining balance: $          0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**

Case: 09-46489    Doc# 58    Filed: 04/22/14    Entered: 04/22/14 13:25:17    Page 18 of
18